1  Christine DeSue
   Leger, Shaw & DeSue
2  600 Carondelet St.
   9th Floor
3  New Orleans, LA 70130
4  504-588-9043
   fax 504-588-9980
5
6  Attorneys for Plaintiff,
   JEANETTE HARRIS
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11

12  _____  )
                                      )
13  IN RE: BEXTRA AND CELEBREX        )   **MDL NO. 1699**
    MARKETING SALES PRACTICES AND     )   **District Judge: Charles R. Breyer**
14  PRODUCT LIABILITY LITIGATION      )
                                      )
15  _____  )
    *This document relates to:*       )
16                                    )   **STIPULATION AND ORDER OF**
    Jeanette Harris,                  )   **DISMISSAL WITHOUT PREJUDICE**
17                                    )   **ONLY AS TO INDIVIDUAL CASE OF**
                    Plaintiffs,       )   **BARBARA LAMB FILED UNDER**
18              vs.                   )   **CASE NO. 06-2479 CRB INVOLVING**
                                      )   **MULTIPLE PLAINTIFFS**
19  Pfizer, Inc., et al.              )
                    Defendants.       )
20  Case No. 06-2479 CRB
21

22        Come now the Plaintiff, Jeanette Harris and Defendants, by and through the undersigned

23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24  dismissal of this action without prejudice with each side bearing its own attorneys' fees and

25  costs.

26        Should Plaintiff Jeanette Harris or a representative of Plaintiff attempt to re-file claim

27  against Defendants, they shall do so only by re-filing in the United States District Court.

28

DATED: October 27, 2006.

By: /s/ Christine DeSue
Christine DeSue
Attorneys for Plaintiff, Jeanette Harris

DATED: October 30, 2006.    GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 3, 2006

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA