1  Christine DeSue
   Leger, Shaw & DeSue
2  600 Carondelet St.
   9th Floor
3  New Orleans, LA 70130
4  504-588-9043
   fax 504-588-9980
5
   Attorneys for Plaintiff,
6  BARBARA LAMB

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  _____  )
                                    )
13  IN RE: BEXTRA AND CELEBREX      )   MDL NO. 1699
    MARKETING SALES PRACTICES AND   )   District Judge:  Charles R. Breyer
    PRODUCT LIABILITY LITIGATION    )
14                                  )
    _____  )
15  *This document relates to:*     )
                                    )
16  Barbara Lamb,                   )   **STIPULATION AND ORDER OF**
                                    )   **DISMISSAL WITHOUT PREJUDICE**
17                   Plaintiffs,    )   **ONLY AS TO INDIVIDUAL CASE OF**
                                    )   **BARBARA LAMB FILED UNDER**
18              vs.                 )   **CASE NO. 06-2479 CRB INVOLVING**
                                    )   **MULTIPLE PLAINTIFFS**
19  Pfizer, Inc., et al.            )
                     Defendants.    )
20  Case No. 06-2479 CRB

21

22       Come now the Plaintiff, Barbara Lamb and Defendants, by and through the undersigned

23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24  dismissal of this action without prejudice with each side bearing its own attorneys' fees and

25  costs.

26       Should Plaintiff Barbara Lamb or a representative of Plaintiff attempt to re-file claim

27  against Defendants, they shall do so only by re-filing in the United States District Court.

28

DATED: October 27, 2006.

By: /s/ Christine DeSue
Christine DeSue
Attorneys for Plaintiff, Barbara Lamb

DATED: October 30, 2006.   GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 3, 2006

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*