IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

   Mary Brady  06-2479
_____/

Now pending for decision is the motion of the law firm of Leger, Shaw & DeSue to withdraw as counsel of record for Mary Brady, who has brought claims on behalf of her deceased husband Larry Brady.

After carefully considering the motion, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) the law firm of Leger, Shaw & DeSue's motion to withdraw as counsel of record should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court **in writing** on or before **April 13, 2007** of the reasons the withdrawal should not be granted or the case dismissed.  In particular, if plaintiff wishes to proceed with this action, plaintiff shall advise the Court of the name and address of her new

1 counsel or, if plaintiff will be proceeding without a lawyer, plaintiff must advise the Court as
2 to how the Court should contact plaintiff.  In addition, plaintiff shall advise the Court as to
3 whether plaintiff has completed and served defendants with a plaintiff fact sheet and
4 provided defendants with authorizations for the release of medical records.  Plaintiff is
5 warned that plaintiff's failure to communicate with the Court in writing as set forth above
6 may result in dismissal of plaintiff's claims with prejudice.
7     Plaintiff's counsel shall ensure that plaintiff receives a copy of this Order.
8     **IT IS SO ORDERED.**
9
10 Dated: March 16, 2007                        CHARLES  R. BREYER
                                               UNITED STATES DISTRICT JUDGE

For the Northern District of California
United States District Court

G:\CRBALL\2005\1699\showcauseorders\legelwithdrawalosc.wpd