Christine DeSue
Walter J. Leger, Jr.
Franklin G. Shaw
Leger, Shaw & DeSue
600 Carondelet St.
9th Floor
New Orleans, LA 70130
504-588-9043
fax 504-588-9980

Attorneys for Plaintiffs,
ROBERT HUGHES, SR. and
SHARON SUMLER O/B/O BETTY SUMLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *This document relates to:* | |
| Joyce Pierce, et al.<br>　　　　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO INDIVIDUAL CASE OF ROBERT HUGHES, SR. and SHARON SUMLER O/B/O BETTY SUMLER FILED UNDER CASE NO. 06-2479 CRB INVOLVING MULTIPLE PLAINTIFFS |

Case No. 06-2479 CRB

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the following specific Plaintiffs Robert Hughes, Sr. and Sharon Sumler o/b/o Betty Sumler ("Plaintiffs") and Defendants Pfizer, Inc., Pharmacia Corporation and G.D.Searle, L.L.C. ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of the following Plaintiffs' claims which were filed in a multi-plaintiff Complaint against Defendants:

　　1.　　Robert Hughes, Sr.

2. Sharon Sumler o/b/o Betty Sumler

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendants and the remaining Plaintiffs.

Specifically, the parties hereby stipulate and agree as follows:

1. Plaintiffs, Robert Hughes, Sr. and Sharon Sumler o/b/o Betty Sumler, dismiss individual causes of action [which were filed within the Multi-Plaintiff Complaint] without prejudice.

2. These dismissals are voluntary and not on the merits. Plaintiffs certify that no other causes of action based on these claims have been previously dismissed in any Federal or State court.

3. Plaintiffs agree that in the event the re-file a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuits will be filed in a United States District Court;

4. Plaintiffs further agree that in the event they re-file such lawsuits, any discovery that has taken place or will take place in *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

5. Each party will bear their own fees, expenses and costs.

Plaintiffs and Defendants agree to the above-stated conditions and the specific Plaintiffs wish to dismiss their claims in the instant lawsuit without prejudice, subject to the conditions stated above.

WHEREFORE, the parties hereto stipulate to the dismissal of the claim of Plaintiffs Robert Hughes, Sr. and Sharon Sumler o/b/o Betty Sumler in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Stipulation and Order of Dismissal Without Prejudice

DATED: February 13, 2007.

By: /s/ Christine L. DeSue
Christine DeSue
Walter J. Leger, Jr.
Franklin G. Shaw
Leger, Shaw & DeSue
600 Carondelet Street, 9th Floor
New Orleans, LA 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980

Attorneys for Plaintiffs,
Robert Hughes, Sr. and
Sharon Sumler o/b/o Betty Sumler

DATED: February 16, 2007.

By: [signature]
Stuart M. Gordon
Gordon & Rees, L.L.P.
275 Battery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-6900
Telecopier: (415) 262-3801

Attorneys for Defendants

IT IS SO ORDERED
[signature]
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 23, 2007